UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00301

**Jay Williams,**
*Plaintiff,*

v.

**Botie Hillhouse, et al.,**
*Defendants.*

**O R D E R**

Plaintiff Jay Williams, an inmate at the Henderson County Jail, proceeding pro se, filed this lawsuit complaining of alleged violations of his rights pursuant to 42 U.S.C. § 1983. This case was referred to United States Magistrate Judge John D. Love. On June 28, 2023, the magistrate judge issued a report recommending that this case be dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). Doc. 2. Plaintiff filed objections to the report and recommendation. Doc. 5.

The court reviews the objected-to portions of a report and recommendation de novo. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996). The court reviews all unobjected-to portions of the report and recommendation only for clear error or abuse of discretion. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

In his objections, plaintiff asserts that he is "still falsely imprisoned" and demands immediate release. Doc. 5. These objections do little more than parrot plaintiff's original conclusory allegations that the magistrate judge concluded were frivolous.

Moreover, plaintiff's motions do not address the report and recommendation or the sufficiency of his allegations. Docs. 4, 6. The court has reviewed the pleadings and filings in this case and

agrees that the complaint should be dismissed with prejudice pursuant to § 1915A(b)(1).

Accordingly, this case is dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). The dismissal of this action under § 1915A(b)(1) counts as a strike under 28 U.S.C. § 1915(g). *See Adepegba v. Hammons,* 103 F.3d 383 (5th Cir. 1996).

Plaintiff is warned that if he accumulates three strikes, he will not be permitted to proceed in forma pauperis in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. § 1915(g). All motions pending in this civil action are denied.

*So ordered by the court on August 10, 2023.*

J. CAMPBELL BARKER
United States District Judge